**Order entered October 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00904-CV

## IN THE INTEREST OF J.R., A CHILD

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-18-1023-X

## ORDER

Before the Court is appellant's October 10, 2019 motion to extend the time to file his brief on the merits. We **GRANT** the motion and extend the time to October 30, 2019. We caution appellant that further requests for extension in this accelerated appeal will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE